

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NO. 9:06-CR-1** |
| **V.** § | |
| **ROLDAN DELACRUZ-ALBARADO** § | |
| a/k/a **ROLDAN ALBARADO DELACRUZ** § | |

**MEMORANDUM ORDER
ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA**

By order, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #19]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea. He further recommended that the undersigned finally adjudge Defendant as guilty on **Count I** of the **Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is accordingly **ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #19] of the United States Magistrate Judge are **ADOPTED.** It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Roldan Delacruz-Albarado, a/k/a Roldan Albarado Delacruz, is adjudged as guilty on **Count I** of the charging **Indictment**, charging violations of Title 8, United States Code, Section 1326(a).

So **ORDERED** and **SIGNED** this **16** day of **March, 2006.**

_____
Ron Clark, United States District Judge